■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRENE MORGAN, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of unlawful possession of demerol, an alleged narcotic drug, and sentencing her to serve 60 days, and from said sentence. Judgment reversed on the law and the facts and information dismissed. The evidence was insufficient to establish appellant's guilt beyond a reasonable doubt. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ TOWN OF BABYLON, Respondent, v. JOSEPH MAVELLIA et al., Individually and Doing Business as Partners under the Name of MAVELLIA BROTHERS, Appellants.— Appeal from an order adjudging appellants in contempt of court for failing to comply with the provisions of a judgment of the Supreme Court, Suffolk County, entered July 15, 1955, which judgment has been affirmed by this court (1 A D 2d 983). Order modified by striking from the last ordering paragraph "ex parte and without further notice" and by substituting therefor "upon five days' notice to defendants and service upon them of copies of the affidavits in support of the application". As so modified order affirmed, with $10 costs and disbursements to respondent. The judgment contained a prohibitive provision in that it enjoined and restrained appellants from continuing manufacturing operations. Pending appeal, appellants moved for a stay of the provisions of the judgment. The motion, insofar as it sought permission to continue the operation of the business, was denied. There was no appeal from that order. Appellants have nevertheless continued the manufacturing operations of their business in violation of the judgment, and are therefore in contempt of court. (*Sixth Ave. R. R. Co.* v. *Gilbert El. R. R. Co.,* 71 N. Y. 430; *Genet* v. *President, Managers & Co. of Delaware & Hudson Canal Co.,* 113 N. Y. 472; *Matter of Meyer,* 209 N. Y. 59; *Cold Spring Light, Heat & Power Co.* v. *Selleck,* 256 N. Y. 451.) Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur.

■ ESTHER T. WERTH, Respondent, v. HOWARD WERTH, Appellant.— Pursuant to stipulation, appeal discontinued, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.